An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
Petitioner,

vs.

THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF PERSHING;
AND THE HONORABLE MICHAEL
MONTERO, DISTRICT JUDGE,
Respondents.

No. 66907

**FILED**

JUL 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This amended pro se petition for writ relief challenges the district court's findings and decisions in the context of an appeal from a justice court order and the constitutionality of two justice court rules.[1]

Having reviewed the petition, which was filed without any supporting documents, we are not persuaded that writ relief is warranted. NRS 34.160; NRS 34.320; NRAP 21(a)(4); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (noting that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 818 P.2d 849 (1991). We therefore deny the petition. NRAP 21(b).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

_____

[1]The clerk of this court shall file the amended petition, provisionally received in this court on June 4, 2015.

15-22225

cc: Hon. Michael Montero, District Judge
Renard Truman Polk
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A